Geralyn PHILLIPS, Plaintiff–
Appellant,

v.

NATIONAL CITY BANK OF INDIANA
FIRST FRANKLIN DIVISION; Na-
tional City Home Loan Services Incor-
porated; First Franklin Financial
Corporation; Mortgage Electronic
Registration Systems Incorporated;
Does 1–1000, Defendants–Appellees.

No. 10–17365.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 30, 2011.*

Filed Dec. 19, 2011.

Beth Findsen, Esquire, Johnson, Find-
sen & Kinney, PLLC, Scottsdale, AZ, for
Plaintiff–Appellant.

Gregory B. Iannelli, Robert W. Shely, I,
Litigation Counsel, Bryan Cave LLP,
James R. Condo, Esquire, Snell & Wilmer
L.L.P., Phoenix, AZ, Robert M. Brochin,
Morgan, Lewis & Bockius LLP, Miami,
FL, for Defendants–Appellees.

Before: THOMAS and CLIFTON,
Circuit Judges, and CARR, Senior District
Judge.**

* The panel unanimously concludes this case is
   suitable for decision without oral argument.
   *See* Fed. R.App. P. 34(a)(2).

** The Honorable James G. Carr, Senior Dis-
   trict Judge for the U.S. District Court for the
   Northern District of Ohio, sitting by designa-
   tion.

*** This disposition is not appropriate for publi-
   cation and except as provided by 9th Cir. R.
   36–3.

MEMORANDUM ***

Geralyn Phillips appeals the district
court's dismissal of her action against Na-
tional City Bank, First Franklin Financial
Corporation, Home Loan Services, and the
Mortgage Electronic Registration Sys-
tems, Inc.. We affirm for the reasons
stated by the district court.[1]

AFFIRMED.

1. Appellant's Motion for Judicial Notice, filed
   January 25, 2011, asking us to take notice of
   opinions cited in Appellant's Opening Brief, is
   denied as unnecessary. Judicial notice cus-
   tomarily entails matter of fact. Judicial no-
   tice is not required for the court to consider
   the cited opinions as matters of law and po-
   tentially persuasive precedents.